# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELHADI ADAM, | ) |
| Plaintiff, | ) |
| v. | ) 2:16-cv-01946-APG-NJK |
| J. GORDON et al., | ) **ORDER** |
| Defendants. | ) |
| _____ | ) |

**I.    DISCUSSION**

On August 30, 2016, this Court ordered Plaintiff to file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee for a civil action within thirty (30) days from the date of that order. (ECF No. 5 at 2). On September 2, 2016, Plaintiff informed the Court by letter that he had not received his inmate account statement from the NDOC yet and that he was unsure if he would receive it because he was transferring into the custody of U.S. Immigration and Customs Enforcement ("ICE"). (ECF No. 7 at 1). Plaintiff is now in ICE custody at the Henderson Detention Center. (ECF No. 6, 8).

The Court interprets Plaintiff's letter to the Court as a motion for an extension of time to file a fully complete application to proceed *in forma pauperis*. (ECF No. 7). The Court now grants Plaintiff's motion for an extension of time. Plaintiff shall file a fully complete application to proceed *in forma pauperis* or pay the full $400 filing fee on or before Friday, November 4, 2016. Plaintiff should ask an employee at the Henderson Detention Center to fill out his financial certificate and to provide him with a copy of his inmate account statement.

. . . .

. . . .

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the Court interprets Plaintiff's letter (ECF No. 7) as a motion for an extension of time.

IT IS FURTHER ORDERED that the motion for extension of time (ECF No. 7) is GRANTED.

IT IS FURTHER ORDERED that on or before Friday, November 4, 2016, Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis*, on the correct form with complete financial attachments in compliance with 28 U.S.C. § 1915(a); or (2) pay the full $400 fee for filing a civil action (which includes the $350 filing fee and the $50 administrative fee).

IT IS FURTHER ORDERED that the Clerk of the Court SHALL SEND Plaintiff the approved form application to proceed *in forma pauperis* by a prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

DATED: This 6th day of October, 2016.

_____
NANCY J. KOPPE
United States Magistrate Judge

2